

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: 2/3/14

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Los Angeles Superior Court
Central District
Stanley Mosk Courthouse
111 North Hill St.
Los Angeles, CA 90012

Re:  Case Number: 2:13-cv-08569-RGK

   Previously Superior Court Case No. BC501483

   Case Name: Frank Reginald Brown IV v. Snapchat Inc et al

Dear Sir / Madam:

   Pursuant to this Court's ORDER OF REMAND issued on 2/3/14, the above-referenced case is hereby remanded to your jurisdiction.

   Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

   Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office.  Thank you for your cooperation.

                                    Respectfully,

                                    Clerk, U. S. District Court

                                    By: L. Muraoka
                                         Deputy Clerk   213-894-1532

                                    ☒ Western  ☐ Eastern  ☐ Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

                                    Clerk, Superior Court

                                    By: _____
Date                                     Deputy Clerk

CV - 103 (09/08)         **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)**